# JANUARY 1983 CALENDAR

From: The District Court of the First Judicial District, County of Lewis and Clark. STATE OF MONTANA, Plaintiff, vs. ELWOOD C. BRITTINGHAM, Defendant.

## DECISION

No. 4239

The application of the above-named defendant for a review of the sentence of 20 years imposed on June 25, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 20 years with 10 years suspended.

The amendment of the sentence shall bring it more in line with other crimes of a similar nature.

We wish to thank Sally Christensen, of the Montana Defender Project, for her assistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow. STATE OF MONTANA, Plaintiff, v. RAYMOND FLOYD, Defendant.

## DECISION

No. 81-CR-35

The application of the above-named defendant for a review of the sentence of 3 years; Dangerous imposed on July 17, 1981, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence shall be amended to 3 years; nondangerous and shall be served concurrent to the sentence the Defendant is presently serving.

The amendment was made in order to make the sentence conform with the plea agreement which was agreed upon by both parties.

We wish to thank Cindy Reimers, of the Montana Defender Project, for her as-

sistance to the Defendant and to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow. STATE OF MONTANA, Plaintiff, vs. GARRY J. HENRICKS, Defendant.

## DECISION

No. 81-CR-67

The application of the above-named defendant for a review of the sentence of 10 years imposed on June 1, 1982, was fully heard and after a careful consideration of the entire matter it is decided that:

The original sentence imposed shall be sustained.

The Defendant had a DWI the year before in Helena and repeatedly continued to drive while intoxicated. In the judgment by the sentencing judge, he stated that he had fully considered the gravity of the offense, therefore this Division feels the sentence imposed was justified.

We wish to thank the Defendant, Mr. Henricks, for presenting his own case to this Court.

DATED this 18th day of January, 1983.

## SENTENCE REVIEW DIVISION

Leonard Langen, Chairman; Joseph Gary, Mark Sullivan

From: The District Court of the Second Judicial District, County of Silver Bow. STATE OF MONTANA, Plaintiff, vs. THOMAS P. McGUINN, Defendant.

## DECISION

No. 9218

The application of the above-named defendant for a review of the sentence of 100 years imposed on February 23, 1977, was fully heard and after a careful consideration of the entire matter it is decided that:

We must assume the jury verdict was correct, therefore we must agree with the assessment made by Judge Olsen that under the old statute this would be premeditated murder. Under these circumstances the division reverses their previous decision and holds that the original sentence imposed, 100 years, is hereby sustained.

Judge Gary Dissents: I would like to maintain the 50-year reduction based on